In the Matter of PATRICK V., a Person Alleged to be a Juvenile Delinquent, Appellant. JEFFERSON COUNTY ATTORNEY, Respondent. (Appeal No. 1.) [636 NYS2d 699] —Amended order unanimously affirmed without costs. Memorandum: Respondent appeals from an order and an amended order of fact-finding and temporary disposition adjudging him to be a juvenile delinquent. Because neither order constitutes a final order of disposition, no appeal as of right lies from those orders (see, Matter of Dora P., 68 AD2d 719, 728; Matter of Lance S., 51 AD2d 1057). We nevertheless grant leave to appeal from the amended order of fact-finding and temporary disposition (see, Family Ct Act § 1112 [a]) inasmuch as that order supersedes the prior order (see, Matter of Eric D. [appeal No. 1], 162 AD2d 1051).

There is no merit to the contention of respondent that the presentment agency failed to prove that he committed an act that, if committed by an adult, would constitute making graffiti in violation of Penal Law § 145.60. Moreover, the court's resolution of credibility issues is supported by the record. (Appeal from Amended Order of Jefferson County Family Court, Hunt, J.—Juvenile Delinquency.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

 In the Matter of PATRICK V., a Person Alleged to be a Juvenile Delinquent, Appellant. JEFFERSON COUNTY ATTORNEY, Respondent. (Appeal No. 2.) [636 NYS2d 700] —Appeal unanimously dismissed without costs. Same Memorandum as in Matter of Patrick V. (222 AD2d 1120 [decided herewith]. (Appeal from Order of Jefferson County Family Court, Hunt, J.—Juvenile Delinquency.) Present—Denman, P. J., Green, Wesley, Balio and Boehm, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK ex rel. JONATHAN MATTOCKS, Appellant, v VICTOR HERBERT, as Superintendent of Collins Correctional Facility, et al., Respondents. [636 NYS2d 701] —Judgment unanimously affirmed without costs. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Supreme Court, Erie County, Flaherty, J.—Habeas Corpus.) Present—Lawton, J. P., Fallon, Callahan, Balio and Boehm, JJ.